IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL A. MELENDEZ MELENDEZ,

Plaintiff

v.                                                                      CIVIL 97-2128 (CCC)

DR. RICARDO BRAU RAMIREZ, et al.,

Defendants

## HEARING REPORT

At today's evidentiary hearing and settlement conference, plaintiff was represented by Luis R. Mellado González, Esq., defendants by Juan Rafael González Muñoz, Esq.

Counsel were heard today on the issue of the guardian *ad litem*. Except for another verified statement of Evelyn Meléndez Ríos who was present at the hearing, no other evidence was presented. Plaintiff's counsel has attempted to get further psychiatric evidence without success. The defense has not conducted expert discovery because of the issue of competency of plaintiff. Plaintiff's deposition has not been taken because of the pendency of the competency issue. See Docket No. 35.

Evelyn Meléndez Ríos remains as a provisional guardian *ad litem*. Trial is set for September 21, 1999. I have not been able to comply with the court's directive of June 8, 1999 because the psychiatric or psychological evidence has not been presented by plaintiff.

CIVIL 97-2128 (CCC)                    2

Settlement appears to be out of the question.

In San Juan, Puerto Rico, this 1ˢᵗ day of September, 1999.

*[signature]*

JUSTO ARENAS
United States Magistrate Judge

s/c: L. Mellado
S. Quintones

SEP 3 1999