IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS              September 20, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MIGUEL A. MELENDEZ-MELENDEZ

vs                                          CIVIL 97-2128CCC

DR. RICARDO BRAU-RAMIREZ, et al

By order of the Court, and due to conflict with the ongoing trial in the case of USA v. Ruiz-Cáceres, et al, Cr. 95-0405CC, the Motion Requesting Continuance of Trial Date and Plaintiff's Motion Joining Defendants' Petition to Transfer Trial Setting (**docket entries 35 and 37**) are GRANTED. Trial set for September 21, 1999 is VACATED until further order. Parties to be notified.

                                                    - Secretary