IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIGUEL A. MELENDEZ-MELENDEZ

Plaintiff

vs.

DR. RICARDO H. BRAU-RAMIREZ, his spouse JOAN DOE, and the marital partnership constituted between them; SINDICATO DE ASEGURADORES PARA LA SUSCRIPCION CONJUNTA DE SEGUROS DE RESPONSABILIDAD PROFESIONAL MEDICO-HOSPITALARIA (SIMED); ZYZ INSURANCE COMPANIES

Defendants

CIVIL NO. 97-2128CCC

## ORDER

The Motion for Protective Order filed by defendants on January 13, 2000 (**docket entry 41**), to which plaintiff replied on January 26, 2000 (**docket entry 42**), is DENIED.

The Motion Informing Death of Plaintiff Miguel A. Meléndez-Meléndez filed on May 31, 2000 (**docket entry 43**) is NOTED and GRANTED. The sixty-day term requested having expired, plaintiffs are ORDERED to request substitution by no later than September 8, 2000. The motion for substitution shall be accompanied by a tendered amended complaint in which the heirs will appear as plaintiffs. Failure to comply with this Order will result in dismissal of the complaint filed by the deceased party.

SO ORDERED.

At San Juan, Puerto Rico, on August 4, 2000.

CARMEN CONSUELO CEREZO
United States District Judge



AO 72A
(Rev.8/82)