IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF TRANSFER OF
CASES TO JUDGE JAY GARCIA
GREGORY



---

## ORDER

The Order entered on August 1, 2000 is amended to reflect that **Civil Action No. 00-1570** shall remain in the docket of the undersigned, and **Civil Action No. 97-2128** shall be reassigned to the docket of Judge Jay García Gregory instead.

SO ORDERED.

At San Juan, Puerto Rico, on August 4 , 2000.

CARMEN CONSUELO CEREZO
United States District Judge