UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/08/2000<br>**Title:** Motion for Substitution of Party Plaintiff, and Tendering an Amended Complaint<br>**Docket:** 46<br>[x] Plffs   [ ] Defts   [ ] Other | **GRANTED** as requested. |

Date: 09/13/00

JAY A. GARCIA-GREGORY
U.S. District Judge