UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: OCTOBER 20, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 97-2128 (JAG)**

===================================================================

MIGUEL MELENDEZ MELENDEZ                Attorneys:
                                         For Plaintiffs:


            VS
                                         For Defendant:
RICARDO BRAU RAMIREZ


===================================================================

By Order of the Court the above-mentioned case is hereby scheduled for a status conference on **TUESDAY, NOVEMBER 21, 2000 AT 11:00 AM BEFORE JUDGE GARCIA GREGORY.**

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY