UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

**DATE:** November 21, 2000

**BEFORE HONORABLE JAY A. GARCIA-GREGORY**

**COURTROOM DEPUTY:** Rosie G. Oliver

**CASE NO:** Civil No. 97-2128 (JAG)
==================================================================
Miguel Melendez-Melendez                    Luis Mellado-Gonzalez
            Vs.
Dr. Ricardo Brau-Ramirez                    Nanette Alomar


==================================================================

Status Conference held. The parties are granted 120 days to complete discovery. Plaintiff is granted 10 days to file the settlement demand. Further Settlement Conference is set for January 9, 2001 at 10:00 A.M.

Parties to be notified.