UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: JANUARY 9, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO.CIVIL 97-2128 (JAG)**

===================================================================
MIGUEL MELENDEZ MELENDEZ

                                        Attorneys:
                                        For Plaintiff:
                    VS                  LUIS MELLADO

                                        For Defendant:
DR. RICARDO BRAU RAMIREZ                DORIS QUINONEZ TRIDAS

===================================================================

Case called for status conference. Attorneys inform the Court that they have not been able to reach a settlement.

Court grants the parties until May 31, 2001 to finish all discovery. **Pretrial conference is hereby set for June 18, 2001 at 10:00 AM.** Trial date will be set at the pretrial conference.

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY