UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                       DATE: JUNE 18, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                CASE NO. 97-2128(JAG)
================================================================

MIGUEL MELENDEZ MELENDEZ            Attorneys: LUIS MELLADO

    VS

RICARDO BRAU RAMIREZ                DORIS QUINONEZ TRIDAS

---

Case called for pretrial conference. Parties inform that there is no possibility of settlement.

Plaintiff indicates to the Court that the amended complaint has not been answered. He has filed a motion for entry of default. Court **DENIES**. Court grants defendant until Friday to answer the amended complaint.

Court orders the defendant's expert reports to be submitted by June 28, 2001. The pending depositions are to be taken on July 14, 2001 in New York.

Jury trial is set for AUGUST 6, 2001 AT 9:30 A.M. The pretrial order submitted by the parties is adopted by the Court.

Parties to be notified.

s/cs:to ( ∂ )
attys/pts
in ICMS



s/c to Jury Clerk

_____
Lily Alicea-Courtroom Deputy