## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/08/01<br>**Title:** Motion Requesting Protective Order and Request to Strike Proposed New Witnesses<br>**Docket:** 53<br>[ ] Plffs   [x] Defts   [ ] Other | This motion was discussed at a recent status conference and the parties agreed to have the witnesses deposed. |

Date: June 20, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge