# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/18/01<br>**Title:** Motion for Entry of Judgment in Default<br>**Dockets:** 55-2, 55-3<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | The motion for entry of judgment in default and for setting hearing is **DENIED**. |

Date: July 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge