# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, ET AL

    **Plaintiff(s)**

       **v.**                   **CIVIL NUMBER:** 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/18/01<br>**Title:** Plaintiffs' Request to Exclude Defendants' Expert Witnesses<br>**Dockets:** 56<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **DENIED.** |

**Date:** July 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



