UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, ET AL

  **Plaintiff(s)**

              v.                                    **CIVIL NUMBER:** 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

  **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/28/01<br>**Title:** Motion to Strike Answer to the Amended Complaint and Renewal of Request for Judgment by Default<br>**Dockets:** 61-1, 61-2<br>[x] **Plffs**   [ ] **Defts**   [ ] Other | DENIED. |

Date: July 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge