UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, ET AL

**Plaintiff(s)**

v.                                              CIVIL NUMBER: 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Plaintiffs' Renewal of Request for Exclusion of Defendants' Expert Witness (07/02/01); Plaintiffs' Motion Reaffirming Request to Strike Defendants' Answer and for Judgment in Default and in the Alternative for the Exclusion of Defendant's Expert Witnesses Dr. Antonio Alvarez Berdecía (07/09/01) <br> **Dockets:** 63-1, 64-1, 64-2, 64-3 <br> [x] **Plffs**   [ ] **Defts**   [ ] **Other** | DENIED. |

Date: July 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge