## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



EVELYN MELENDEZ, ET AL

**Plaintiff(s)**

v.                                       **CIVIL NUMBER:** 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/10/01<br>**Title:** Motion to Amend Pretrial Memorandum and Order<br>**Dockets:** 67<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **DENIED.** |

Date: July 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

