UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
'01 JUL 23 PM 12:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

EVELYN MELENDEZ, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/10/01<br>**Title:** Plaintiff's Motion for Re-Scheduling of Trial Date; Supplement to Plaintiffs' Motion for Rescheduling of Trial Date<br>**Dockets:** 65, 68<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | The Court grants plaintiff's request for a continuance. The trial shall be held on **Monday, September 10, 2001** at 9:30 a.m. Absent exceptional circumstances, the Court will not grant any further continuances. Accordingly, the parties shall advise their clients that any future requests for continuances are likely to be denied. This is a 1997 case, and it deserves to come to a close, whether by settlement or trial. The parties shall attend a Pre-Trial and Settlement Conference on **August 31, 2001 at 4:00 p.m.** Counsel **must** have their principals available to approve settlement offers and counter-offers.<br><br>The parties **shall** exchange expert reports in compliance with Fed. R. Civ. P. 26(a)(1)(B) by **August 24, 2001**. All outstanding discovery matters must be concluded by that date. |

**Date:** July 18, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge