UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/08/01<br>Title: Motion Requesting Rescheduling of Trial Date<br>**Docket:** 76 | The trial shall be held on **Tuesday, September 4, 2001** at **9:30 a.m.** Since the Court has now accommodated each side at least once, it will summarily deny any further rescheduling requests. The August 31, 2001 pretrial and settlement conference remains as scheduled. |
| **Docket:** 78<br>Title: Urgent Motion Requesting Extension of Time to Concluded Discovery (08/20/01) | **GRANTED** as requested. |

[ ] Plffs    [x] Defts    [ ] Other

Date: August 22, 2001                        JAY A. GARCIA-GREGORY
                                             U.S. District Judge