UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, ET AL

    Plaintiff(s)

    v.      CIVIL NUMBER: 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/27/01<br>**Title:** Motion Requesting Partial Reconsideration<br>**Docket:** 80, 81<br>[ ] Plffs  [x] Defts  [ ] Other | The Court has reviewed the parties' Motions Requesting Partial Reconsideration and hereby resets the Pretrial Conference for **October 25, 2001 at 4:00 p.m.** and Trial for **October 30, 2001 at 9:30 a.m.**<br><br>The Court took into consideration the conflicting calendars of counsel for both parties, as well as the other reasons stated in the motions. If counsel have any objections to the new pretrial and trial dates, because of a calendar conflicts or other weighty reasons, they should inform the Court on or before **September 10**. After this date, the Court will not be disposed to entertain any further motions for continuance.<br><br>The Court encourages the parties to pursue settlement negotiations. They are also to jointly inform the Court if they would consent to mediation and trial before a Magistrate-Judge. This suggestion is made because due to the Court's heavy criminal and civil docket the pretrial and trial dates could be subject to changes. |

Date: August 29, 2001      JAY A. GARCIA-GREGORY
    U.S. District Judge

Jury Clerk
CT Deputy

