## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, ET AL

**Plaintiff(s)**

v.    CIVIL NUMBER: 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/07/01<br>**Title:** Motion for Continuance of Trial Day<br>**Docket:** 83<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | The Court hereby resets the trial date of this case for **January 14-18, 2002** at **9:30 a.m.** |

Date: September 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

