UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                            DATE: OCTOBER 10, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            CASE NO. CIV. 97-2128(JAG)

==================================================================
EVELYN MELENDEZ                              Attorneys:

              VS

DR. RICARDO BRAU

---

**By Order of the Court the pretrial in the above-mentioned case set for October 25, 2001 is hereby rescheduled for WEDNESDAY JANUARY 9, 2002 AT 10:30 AM.**

Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy


