UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    CIVIL NO. 97-2128 (JAG/TR)

**BEFORE HONORABLE JUAN TORRUELLAS**

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO    DATE: NOVEMBER 9, 2001

---

MIGUEL MELENDEZ-MELENDEZ, ET AL    ATTORNEYS:   LUIS MELLADO

V

RICARDO BRAU-RAMIREZ, ET AL                      DORIS QUIÑONES

---

Case called for a STATUS CONFERENCE. Parties inform that the only pending matters are the issue of jurisdiction and the changing fee of expert witness Dr. Alvarez-Verdecia.

Attorney Quiñones called Dr. Alvarez-Verdecia and asked him how much he charges for his services. He said that he charges $2,500.00 for the first two hours and $650.00 for each extra hour. He is ordered to inform the Court by Tuesday, November 13, 2001, the names of the cases where he has been deposed.

Defendants are ordered to file a motion as to the issue of jurisdiction within 15 days and plaintiffs' opposition within 15 days thereafter.

The Court will decide the issue of jurisdiction with the evidence that will be submitted. If a hearing is needed, the same will be held before Magistrate Arenas.

**Jury Trial is set for February 19, 2002 at 9:30 a.m.**

Sulma López-Defilló
COURTROOM DEPUTY