IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, et al

    **Plaintiff(s)**

    v.                                                CIVIL NO. 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, et al

    **Defendant(s)**

---

**ORDER**

This case was referred to the Honorable Juan R. Torruella, U.S. Circuit Judge for trial. Judge Torruella held a status conference on November 9, 2001 and set the case for trial.

Defendants have filed a motion to dismiss for lack of subject matter jurisdiction (Docket #88) and an informative motion (Docket #87) which have been referred to the undersigned's chambers.

In view of the status conference held by Judge Torruella wherein the case was calendared for trial, these motions are referred to Judge Torruella's chambers for appropriate disposition.

For docketing purposes and future filings, the case is transferred to Judge Torruella sitting as District Judge, *nunc pro tunc* as of November 9, 2001, without prejudice of its being



Civil No. 97-2128(JAG)                                                                2

returned to the undersigned's docket if Judge Torruella should so decide.

Counsel are instructed to include Judge Torruella's initials next to the case number in all future filings.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of November 2001.

JAY A. GARCIA-GREGORY
United States District Judge