IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, et al

    **Plaintiff(s)**

    v.                         CIVIL NO. 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, et al

    **Defendant(s)**

---

### ORDER

On December 10, 2001, this case was transferred for docketing purposes to the Honorable Juan R. Torruella, Circuit Judge sitting as District Judge, *nunc pro tunc* as of November 9, 2001.

On December 14, 2001, Judge Torruella referred this case back to the undersigned's docket for the undersigned to decide a motion to dismiss for lack of subject matter jurisdiction (Docket #88) filed by defendants on November 26, 2001 as well as plaintiffs' request for enlargement of time to oppose defendants' motion to dismiss filed on December 11, 2001 (Docket #90). The case shall be restored to the undersigned's docket for the purpose of deciding the aforementioned motion to dismiss.

Plaintiffs shall file an opposition to the motion to dismiss on or before **December 28, 2001.** Defendants shall have until **January 11, 2002** to file a reply. (**Courtesy copies to be delivered**

Civil No. 97-2128(JAG)                                                              2

**to the undersigned's Chambers**). Thereafter, the jurisdictional issue shall stand submitted.

The trial date of **February 19, 2002** at **9:30 a.m.** set by Judge Torruella shall remain in effect pending disposition of the motion to dismiss.

The parties are to be ready for trial on that date before Judge Torruella should the motion to dismiss be eventually denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of December 2001.

JAY A. GARCIA-GREGORY
United States District Judge