UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, ET AL

    **Plaintiff(s)**

    v.                    **CIVIL NUMBER: 97-2128 (JAG)**

DR. RICARDO BRAU RAMIREZ, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/28/01<br>**Title:** Motion Requesting One Working Day Final Enlargement to Submit Plaintiffs' Opposition to Defendants' Motion to Dismiss, etc.<br>**Docket:** 92<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

**Date:** January 8, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge