UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, ET AL

    **Plaintiff(s)**

    v.                                     CIVIL NO. 97-2128 (JAG)

DR. RICARDO BRAU RAMIREZ, ET AL

    **Defendant(s)**

---

### ORDER

The Court hereby stays all proceedings in this case pending resolution of the defendants' motion to dismiss for lack of subject matter (diversity) jurisdiction. The Court will issue an opinion and order shortly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of February 2002.

                                    JAY A. GARCIA-GREGORY
                                    U.S. District Judge