IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN MELENDEZ, et al

    **Plaintiff(s)**

v.

DR. RICARDO BRAU RAMIREZ, et al

    **Defendant(s)**

CIVIL NO. 97-2128 (JAG)

**JUDGMENT**

Pursuant to the order entered today, the Court enters judgment dismissing the plaintiffs's Complaint for lack of subject matter jurisdiction.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of March 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge